**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. RUSSELL ("RUSS") C. MENEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-15-20-R |
| | ) | |
| 1. MIDDEL WINGS, LLC d/b/a BUFFALO WILD WINGS, | ) ) | |
| 2. WINGS TEAM MANAGEMENT CORPORATION d/b/a BUFFALO WILD WINGS, | ) ) ) | |
| 3. FSKJ, LLC, | ) | |
| 4. H&M RESOURCES, LLC, | ) | |
| 5. MARK S. GROUP CORPORATION, | ) | |
| 6. WILD WINGS WEST, LLC, and | ) | |
| 7. WAYLON BLAND, an individual, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | ATTORNEY LIEN CLAIMED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Russell ("Russ") C. Menear, hereby stipulates with the Defendants, (1) MidDel Wings, LLC, d/b/a Buffalo Wild Wings, (2) Wings Team Management Corporation d/b/a Buffalo Wild Wings, (3) FSKJ, LLC, (4) H&M Resources, LLC, (5) Mark S. Group Corporation, (6) Wild Wings West, LLC, and (7) Waylon Bland, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 21st DAY OF AUGUST, 2015.**

    s/Shannon C. Haupt
Jana B. Leonard, OBA # 17844
Shannon C. Haupt, OBA # 18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele:   405-239-3800 Fax:  405-239-3801
leonardjb@leonardlaw.net
emilyv@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

 s/ Jefferson I. Rust
(Signed with permission)
Jefferson I. Rust, OBA # 16722
Toby M. McKinstry, OBA 17401
TOMLINSON • RUST • MCKINSTRY • GRABLE
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 606-3350 Telephone
(866) 633-6162 Facsimile
jeffr@trmglaw.com
tobym@trmglaw.com
*Attorneys for Defendants*